██ CFI CONSTRUCTION, INC., Respondent, v CENTRAL SQUARE CENTRAL SCHOOL DISTRICT, Appellant. (Appeal No. 2.) [823 NYS2d 735]—Appeal from an order of the Supreme Court, Oswego County (James W. McCarthy, A.J.), entered December 30, 2005. The order denied that part of defendant's motion for summary judgment dismissing the first cause of action.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *CFI Constr., Inc. v Central Sq. Cent. School Dist.* (34 AD3d 1354 [2006]). Present—Scudder, J.P., Kehoe, Martoche and Green, JJ.